**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
FILED
July 6, 2006
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| *Respondent/Plaintiff,* § | |
| § | No. 3:94-CR-0043-R (02) |
| vs. § | (No. 3:06-CV-0085-R) |
| § | |
| **HECTOR CONTRERAS OROZCO,** § | |
| § | |
| *Petitioner/Defendant.* § | |

## ORDER

United States Magistrate Judge William F. Sanderson filed Findings, Conclusions and a Recommendation in this case on March 2, 2006. Petitioner filed objections to the Magistrate Judge's Findings, Conclusions and Recommendation on March 15, 2006.

After reviewing Magistrate Judge Sanderson's Findings, Conclusions, and Recommendation pursuant to 28 U.S.C. §636(b), the Court concludes that they are correct and are hereby **ADOPTED** as the findings of this Court. Petitioner's objections are **OVERRULED** in their entirety. .

**IT IS SO ORDERED.**

**SIGNED: July 6, 2006.**

_____
**JUDGE JERRY BUCHMEYER
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**